IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>KIDNEY INSTITUTE OF NORTH DAKOTA, LLC<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-30891<br>(Chapter 11) |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig and The Dakota Bankruptcy Firm as counsel for Dr. Khaled Rabadi, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: October 18, 2026

By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Dr. Rabadi*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig