UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Kidney and Hypertension Center, PLC,<br>dba Grand Forks Clinic,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30886<br>Chapter 11 |
| In Re:<br><br>The Medical Group, LLC,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30888<br>Chapter 11 |
| In Re:<br><br>North Dakota Dialysis, LLC,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30889<br>Chapter 11 |
| In Re:<br><br>Aurora Dialysis, LLC,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30890<br>Chapter 11 |
| In Re:<br><br>Kidney Institute of North Dakota, LLC,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30891<br>Chapter 11 |
| In Re:<br><br>KDJ Investment Group, LLC,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30892<br>Chapter 11 |
| In Re:<br><br>KDJ Properties, LLC,<br>Debtor.<br>______________________________/ | Bankruptcy No. 26-30893<br>Chapter 11 |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON FIRST DAY MOTIONS**

Debtors, Kidney and Hypertension Center, PLC, dba Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute

of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC filed a Motion for Expedited Hearing seeking to be heard on its First Day Motions filed on October 19, 2026. (Doc. 14)

1. Motion for Order Authorizing Debtors to Pay Accrued and Outstanding Prepetition Employee Compensation, Benefits, and Related Amounts [Doc. 10].
2. Motion for Order Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System [Doc. 11].
3. Motion for Order Authorizing the Use of Cash Collateral on an Interim and Final Basis [Doc. 12].
4. Motion for Order Authorizing Joint Administration of Cases [Doc. 13].

The Court finds it appropriate to conduct a preliminary hearing on these motions on an expedited basis. Therefore, IT IS ORDERED that Debtors' motion is GRANTED. The First Day Motions listed above will be heard by video conference on **Friday, October 23, 2026, at 9:00 a.m. (Central).** Video Conference Instructions can be found at: https://www.ndb.uscourts.gov/video-conferences. Meeting ID: 161 2190 7752, Meeting PIN: 529952.

Written objections shall be filed by **Thursday, October 22, 2026**. All objections will be heard at this preliminary hearing. The Court will consider interim relief on the motions and only authorize relief necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

A final hearing on Motion for Order Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System (Doc. 11),

Motion for Order Authorizing the Use of Cash Collateral on an Interim and Final Basis (Doc. 12), and Motion for Order Authorizing Joint Administration of Cases (Doc. 13) will be held by video conference on **Thursday, November 5, 2026, at 1:00 p.m. (Central)**. Video Conference Instructions can be found at: http://www.ndb.uscourts.gov/video-conferences. Additional objections to the motions, if any, must be filed not later than **Wednesday, November 4, 2026**. If the court receives no objections to these motions, it may enter an order granting the relief requested and cancel the hearing on one or more of the motions.

The final hearing on Motion for Order Authorizing Debtors to Pay Accrued and Outstanding Prepetition Employee Compensation, Benefits, and Related Amounts will be held by video conference on **Tuesday, November 17, 2026, at 9:00 a.m. (Central)**. Video Conference Instructions can be found at: http://www.ndb.uscourts.gov/video-conferences. Additional objections to this motion, if any, must be filed not later than **Thursday, November 12, 2026.** If the court receives no objections to this motion, it may enter an order granting the relief requested and cancel the hearing.

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been

filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: October 20, 2026.

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

*All times referred to in this Order are Central Time.
Copy filed and sent electronically October 20, 2026, to Attorney Steven Kinsella for service.