# United States Bankruptcy Court
## District of North Dakota

In re Kidney Institute of North Dakota, LLC — Debtor(s)

Case No. 26-30891
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

ASD Healthcare
PO Box 100741
Pasadena, CA 91189-0741

Credibly
25200 Telegraph Rd, Suite 350
Southfield, MI 48033

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kidney and Hypertension Center, PLC
5750 S. Washington Street
Grand Forks, ND 58201

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

Sceptre Management
520 N. Kays Drive
Kaysville, UT 84037

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

Vantive US Healthcare LLC
PO Box 735893
Chicago, IL 60673