**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic;
The Medical Group, LLC;
North Dakota Dialysis, LLC;
Aurora Dialysis, LLC;
Kidney Institute of North Dakota, LLC;
KDJ Investment Group, LLC;
KDJ Properties, LLC,

Debtors.

**Jointly Administered**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

# SECOND SUPPLEMENTAL DECLARATION OF DR. KHALED RABADI

I, Dr. Khaled Rabadi, declare as follows:

1. I am the owner of Debtors Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic ("Grand Forks Clinic"), The Medical Group, LLC ("Medical Group"), North Dakota Dialysis, LLC ("ND Dialysis"), Aurora Dialysis, LLC ("Aurora Dialysis"), Kidney Institute of North Dakota, LLC ("Kidney Institute"), KDJ Investment Group, LLC ("KDJ Investment"), and KDJ Properties, LLC ("KDJ Properties," and, together with Grand Forks Clinic, Medical Group, ND Dialysis, Aurora Dialysis, Kidney Institute, and KDJ Investment, the "Debtors").

2. I submit this Second Supplemental Declaration in support of the Debtors' Motion for Order Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System. (the "Motion"). Doc. 11. This Declaration supplements the facts attested to in the Motion. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. In the Motion, the Debtors sought authorization from the Court to maintain their existing bank accounts.

4. In the Court's Interim Order Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System, the Court authorized the Debtors to maintain and continue using six bank accounts with Choice Bank and one bank account with United Valley Bank. Doc. 26. These accounts are as follows:

| Debtor | Bank | Account Type | Purpose | Account No. |
|---|---|---|---|---|
| **Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic** | Choice Bank | Operating Account | Everyday Transactions | *3794 |
| **The Medical Group, LLC** | Choice Bank | Checking Account | Self-Pay Services | *5900 |
| **North Dakota Dialysis, LLC** | Choice Bank | Checking Account | Private Loan Transactions | *0809 |
| **Aurora Dialysis, LLC** | Choice Bank | Operating Account | Everyday Transactions | *3816 |
| | | Checking Account | Patient Assistance and Medical Equipment Purchases | *3896 |
| **Kidney Institute of North Dakota, LLC** | Choice Bank | Operating Account | Everyday Transactions | *8056 |
| **KDJ Investment Group, LLC** | Choice Bank | Checking Account | Initial Construction Account | *5004 |
| **KDJ Properties, LLC** | United Valley Bank | Checking Account | Payments on Residence Property | *9433 |

5. Since the Court's interim Order, Debtors have closed account number *3896.

6. Choice Bank has now designated each of the Debtors' remaining five accounts as Debtor-in-Possession ("DIP") accounts.

7. The Debtors have ordered checks utilizing a new numbering system to distinguish the DIP account from prepetition checks.

8. These new checks will evidence the fact that these are DIP accounts.

9. Accordingly, in the Court's final order, the Debtors only seek authorization to maintain the existing account with United Valley Bank as a non-DIP account.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:

DocuSigned by:
Khaled Rabadi
56D59FC25E1A448...

Dr. Khaled Rabadi